ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ROBERT I. LESTER
Assistant United States Attorney (CBN 116429)
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2464
    Facsimile: (213) 894-7819
    E-mail: robert.lester@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ART DISTRICT LOS ANGELES REGIONAL CENTER, LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>KATHY BARAN, Director, United States Citizenship and Immigration Services, California Service Center, et al.,<br><br>        Defendants. | No. SACV 14-0363-JVS(RNBx)<br><br>**ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>[Hon. James V. Selna] |

Pursuant to stipulation, IT IS HEREBY ORDERED that the time for Defendants to answer, move or otherwise respond to the complaint is extended to August 8, 2014.

DATED: June 13, 2014.

_____
UNITED STATES DISTRICT JUDGE

-1-